## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CARRIE ANN SAYRE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>Defendant. ) | CASE NO. 1:08CV2727<br><br>MAGISTRATE JUDGE GREG WHITE<br><br>**JUDGMENT ENTRY** |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is vacated and the case remanded for further proceedings consistent with the Court's opinion.

IT IS SO ORDERED.

s/ Greg White<br>United States Magistrate Judge

Date:   September 23, 2009